UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale F. Meyer,                                                           Civil No. 13-257 SRN/FLN

      Plaintiff,

v.                                                                                      O R D E R

Carolyn W. Colvin,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 6, 2013, all the files and records, and no objections having been filed to said Report and Recommendation in the time period allotted,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 12**) is DENIED;**

2. Defendant's Motion for Summary Judgment (Doc. No. 19) **is GRANTED;** and

3. This case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: December 30, 2013                      s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Court Judge